IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| DOUGLAS P. HUTCHISON, JR., | ) | CASE NO. 14 B 7038 |
| | ) | |
| DEBTOR. | ) | HONORABLE JUDGE BARNES |

**NOTICE OF MOTION**

TO:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the 15th day of June, 2016 at 10:00 A.M. or as soon thereafter as Counsel may be heard, I shall appear before the Honorable Judge Barnes in Courtroom 613 at the Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached DEBTOR'S MOTION FOR ENTRY OF A FINAL DECREE, at which time you may appear if you so desire.

**DOUGLAS P. HUTCHISON, JR.,**
Debtor

BY   /S/ CHRIS D. ROUSKEY
CHRIS D. ROUSKEY
ROUSKEY AND BALDACCI
151 SPRINGFIELD AVENUE
JOLIET, ILLINOIS 60435
815-741-2118
IL REGISTRATION NO. 03123595

STATE OF ILLINOIS   )
                    )SS.    **CERTIFICATE OF SERVICE**
COUNTY OF WILL      )

The Undersigned, an Attorney, certifies that he served a copy of the foregoing pleadings upon the above-named parties by causing the same to be mailed via First Class U.S. Mail, postage prepaid, at Joliet, Illinois on the 24th day of May, 2016.

   /S/ CHRIS D. ROUSKEY
CHRIS D. ROUSKEY
ROUSKEY AND BALDACCI
151 SPRINGFIELD AVENUE
JOLIET, ILLINOIS 60435
815-741-2118
IL REGISTRATION NO. 03123595

## SERVICE LIST

Mr. Roman Sukley
UNITED STATES TRUSTEE
219 S. Dearborn Street, #873
Chicago, IL 60604

FIRST COMMUNITY FINANCIAL BANK
C/O Attorney J. Ryan Potts
BROTSCHUL POTTS
30 N. LaSalle Street, #1402
Chicago, IL 60602

CHASE HOME FINANCE
C/O Attorney Shara C. Cornell
MANLEY DEAS KOCHALSI
Post Office Box 165028
Columbus, OH 43216

CHASE HOME MORTGAGE
ATTENTION: Correspondence Mail
Mail Code LA4-555
700 Kansas Lane
Monroe, LA 71213

JP MORGAN CHASE BANK
National Bankruptcy Department
Post Office Box 29505 AZ1-1191
Phoenix, AZ 85038

INTERNAL REVENUE SERVICE
C/O Attorney Michael Kelly
UNITED STATE'S ATTORNEY'S OFFICE
219 S. Dearborn Street, 5th Floor
Chicago, IL 60604

ILLINOIS DEPARTMENT OF REVENUE
Bankruptcy Department
Post Office Box 64338
Chicago, IL 60664

I.D.E.S.
Collection Section
33 S. State Street, 10th Floor
Chicago, IL 60603

DEPARTMENT OF WORKFORCE DEVELOPMENT
Division of Unemployment Insurance
Post Office Box 8914
Madison, WI 53708

AMERICAN EXPRESS BANK
C/O BECKET AND LEE
Post Office Box 3001
Malvern, PA 19355

CHASE CARDMEMBER SERVICES
Post Office Box 15548
Wilmington, DE 19886

CITI ADVANTAGE MASTERCARD
C/O United Collection Bureau
Post Office Box 140310
Toledo, OH 43614

FIFTH THIRD BANK
Post Office Box 9013
Addison, TX 75001

PREMIERE EMPLOYEE SOLUTIONS
346 Mountain Way Drive
Orem, UT 84058