**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | |
|---|---|
| **In re:** | : |
| | : |
| **Douglas P. Hutchison, Jr.** | : Case No.: 14-07038 |
| | : Chapter 11 |
| **Debtor.** | : Judge Timothy A. Barnes |
| | : * * * * * * * * * * * * * * * * * * * * |
| | : |

## RESPONSE IN OPPOSITION TO DEBTOR'S MOTION FOR ENTRY OF FINAL DECREE (DOCKET # 153)

Comes now, JPMorgan Chase Bank, N.A. ("Creditor") by and through its attorneys, Manley Deas Kochalski LLC, and hereby files its Response in Opposition to Debtor's Motion for Entry of a Final Decree filed by Douglas P. Hutchison, Jr. ("Debtor") on May 24, 2016 at Docket # 153.

Creditor holds a secured interest in the real estate located at 208 Crabapple Court, Joliet, IL 60435.  Creditor's mortgage is the first mortgage on Debtor's principal residence.  Pursuant to the terms of the confirmed plan, Creditor was to be paid pursuant to the terms of the original note and mortgage.  Creditor did not object to the treatment of its claim in the plan, as evidenced by the executed ballot accepting these terms, filed on or about July 21, 2015.

On or about May 24, 2016, Debtor filed a Motion for Entry of a Final Decree, requesting the Court to enter an order closing the Chapter 11 case.  In his Motion for Entry of Final Decree, Debtor states that he is current on this obligation due to Creditor.  Creditor now responds to same as Debtor has failed to comply with the terms of his confirmed plan.  Specifically, Debtor has failed to maintain his mortgage payments due to Creditor as required – the loan is currently due for the March 2016 payment.  Thus, Debtor has failed to comply with the terms of his confirmed plan and is not current on this obligation as he states in the Motion for Entry of Final Decree.

14-005861_WRP

WHEREFORE, Creditor respectfully requests that a hearing be set on the matter and that the motion be overruled.

Respectfully submitted,

/s/ Sarah E. Willms
Sarah E. Willms (28840-64)
Todd J. Ruchman (6271827)
Keith Levy (6279243)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Willms.
Contact email is sew@manleydeas.com

14-005861_WRP

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Response in Opposition to Debtor's Motion for Entry of a Final Decree was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604


Chris D. Rouskey, Attorney for Douglas P. Hutchison, Jr., Rouskey and Baldacci, 151 Springfield Avenue, Joliet, IL 60435, rouskey-baldacci@sbcglobal.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on June 6, 2016:

Douglas P. Hutchison, Jr., 208 Crabapple Court, Joliet, IL 60435

Douglas P. Hutchison, Jr. and Leslie Ann Hutchison, 208 Crab Apple Court, Joliet, IL 60435

Chase Home Finance, 3415 Vision Drive, Columbus, OH 43219

The below 20 largest unsecured Creditors were served via regular U.S. Mail, postage prepaid, on June 6, 2016:

American Express Bank
C/O Zwicker and Associates
7366 N. Lincoln Avenue, #102
Lincolnwood, IL 60712

Chase Auto Finance
Post Office Box 8001801
Louisville, KY 40290

Chase Cardmember Service
Post Office Box 15548
Wilmington, DE 19886

Chase Home Finance
3415 Vision Drive
Columbus, OH 43219

Citi Aadvantage World Mastercard
C/O United Collection Bureau

14-005861_WRP

Post Office Box 140310
Toledo, OH 43614

Department of Workforce Development
Division of Unemployment Insurance
Post Office Box 8914
Madison, WI 53708

Fifth Third Bank
Customer Service MD 1
M0C2G 4050
38 Fountain Square Plaza
Cincinnati, OH 45263

Fifth Third Bank
Post Office Box 630337
Cincinnati, OH 45263

Fifth Third Bank
Customer Service MD 1
M0C2G-4050
38 Fountain Square Plaza
Cincinnati, OH 45263

I.D.E.S.
Collection Section
33 S. State Street, 10th Floor
Chicago, IL 60603

Illinois Department of Revenue
Bankruptcy Section
Post Office Box 64338
Chicago, IL 60664

Internal Revenue Service
Post Office Box 9019
Holtsville, NY 11742

/s/ Sarah E. Willms

14-005861_WRP