# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable:** Timothy A. Barnes

**Hearing Date:** June 15, 2016

**Bankruptcy Case:** 14 B 07038

**Adversary No.:**

**Title of Case:** Douglas P. Hutchison, Jr.

**Brief Statement of Motion:** Debtor's Motion For Entry Of A Final Decree

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

Response to JPMorgan Chase Bank, N.A. and US Bank National Association objections due on or before July 6, 2016.

Hearing continued to July 6, 2016 at 10:30 a.m. in courtroom 744.

/s/ Timothy A. Barnes