UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>DOUGLAS P. HUTCHISON, JR.<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   14-07038<br><br>Chapter:  11<br>Honorable Timothy A. Barnes |

## ORDER WITHDRAWING DEBTOR'S MOTION FOR ENTRY OF A FINAL DECREE

THIS MATTER COMING BEFORE THE COURT for hearing on the Motion for Entry of a Final Decree filed by the Debtor, DOUGLAS P. HUTCHISON, JR., on May 24, 2016; on motion of the Debtor, said Motion is withdrawn.

Enter: *Jacqueline P. Cox*

J. Cox
United States Bankruptcy Judge

Dated: SEP 19 2016

**Prepared by:**
CHRIS D. ROUSKEY
ROUSKEY AND BALDACCI
151 SPRINGFIELD AVENUE
JOLIET, ILLINOIS 60435
815-741-2118
IL REGISTRATION NO. 03123595

Rev: 20151029_bko